**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ALCOVY TRUCKING, LLC, | ) | CASE NO. 24-58210-BEM |
| | ) | |
| Debtor. | ) | JUDGE ELLIS-MONRO |
| | ) | |

**NOTICE OF DEFAULT AND RENEWED MOTION FORM STAY RELIEF**

BMO Bank N.A. ("BMO"), and hereby gives the following notice of default and requests stay relief pursuant to the provisions of the *Order Resolving BMO Bank N.A.'s Motion for an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) or, in the Alternative, for Adequate Protection, and Notice of Objection Period*, entered October 28, 2024 (Doc. No. 35) (the "Consent Order"):

1.      On August 6, 2024 (the "Petition Date"), Debtor commenced the above-captioned case by filing a voluntary petition for relief under subchapter V of Chapter 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "Bankruptcy Code").

2.      On October 8, 2024, BMO filed its *Motion for an Order Granting BMO Bank N.A. Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) or, in the Alternative, for Adequate Protection* (Doc. No. 16) (the "Motion").

3.      The Motion was later resolved by the Consent Order pursuant to the terms of the Consent Order.

4.      Pursuant to the terms of the Consent Order, beginning October 1, 2024, Debtor is obligated to provide adequate protection to BMO by making monthly payments in the amount of $3,000.00 to BMO by the first (1st) day of each month.

5.      Debtor is in default under the Consent Order because, among other reasons, Debtor failed to remit the October monthly payment to BMO by October 1, 2024.  The Debtors has also failed to make the payment due November 1, 2024.

6.      As of the date of this Notice, Debtor owes two (2) monthly adequate protection payment in the total amount of $6,000.

7.      Pursuant to the Consent Order,

If the Debtor fails to make any of the Monthly Payments in accordance with the terms of this Order, Bank shall provide written notice to the Debtor and Debtor's counsel by email notifying the Debtor of the specific default. The e-mail address for Debtor is edwardwatson1958@gmail.com. The e-mail address for Debtor's counsel is nmarchibong@gmail.com. Debtor shall have seven (7) days from the date of the e-mail notice to cure such default. Should Debtor fail to cure the default within the seven (7) day cure period, then Bank may file a notice setting forth the details of the default and a copy of the default notice, with service on Debtor and Debtor's counsel, requesting relief from stay to pursue its non-bankruptcy rights, including to immediately possess and foreclose the Collateral.

8.      On October 28, 2024, BMO provided notice of the default (the "Default Notice") as provided in the Consent Order.  A true and correct copy of the Default Notice is attached hereto as **Exhibit A**.

9.      As of the date of this Notice, Debtor has not cured the default.

10.     BMO hereby provides notice to the Court of the Debtor's default and respectfully requests relief from stay to pursue its non-bankruptcy rights, including to immediately possess and foreclose the Collateral.

11.     Debtor is further advised that BMO otherwise reserves all of its rights and remedies under the Consent Order and applicable law.

- 2 -

Dated:   November 5, 2024.      Respectfully submitted,


/s/ *Charles Hoffecker*
Charles Hoffecker
Georgia Bar No.: 359615
Hotchkiss Hoffecker Peacock
Colony Square, Suite 2000
1201 Peachtree Street NE
Atlanta, GA 30361
404-885-7576
chad@hhpatlanta.com
*Counsel for BMO Bank N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing *NOTICE OF DEFAULT* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Natalyn M. Archibong
Law Offices of Natalyn M.
Archibong
374 Maynard Terrace SE, Suite 206
Atlanta, GA 30316

Alan Hinderleider
Office of the United States Trustee
362 Richard B. Russell Federal
Building
75 Ted Turner Drive,
S.W. Atlanta, GA 30316

Paul Reece Marr,
6075 Barfield Rd.,
Ste. 213
Sandy Springs, GA 30328

Gary M. Murphey
Chapter 11 Subchapter V Trustee
Resurgence Financial Services, LLC
3330 Cumberland Blvd., Suite 500
Atlanta, GA 30339

Kathleen G. Furr, Esq.
Kevin A. Stine, Esq.
Attorney for Creditor Northpoint
Commercial Finance, LLC
Baker Donelson
kfurr@bakerdonelson.com
kstine@bakerdonelson.com

and the undersigned further certifies that the foregoing was served on Debtor via U.S. Mail, postage prepaid, and sent to the following address:

Alcovy Trucking, LLC
395 Paines Crossing
Road Social Circle, GA
30025

This 5th day of November 2024.

/s/ Charles Hoffecker
Charles Hoffecker
Georgia Bar No. 359615

*Counsel for BMO Bank N.A.*