B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re   **Alcovy Trucking, LLC**                                                     Case No.   **24-58210-BEM**

Debtor(s)                                    Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ **10,000.00** |
| Prior to the filing of this statement I have received | $ **5,000.00** |
| Balance Due | $ **5,000.00** |

2.  $ **1,738.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor        ■ Other (specify):        **Edward Watson has agreed to pay a $10,000.00 retainer.  Edward Watson paid $5,000.00 on 10/25/2024 with the balance of the retainer to be paid on or before 01/01/2025.**

4.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**representation of the debtor(s) in adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 13, 2024**
*Date*

**/s/ Paul Reece Marr GA Bar #**
**Paul Reece Marr GA Bar # 471230**
*Signature of Attorney*
**Paul Reece Marr, P.C.**
**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
**(770) 984-2255  Fax: (678) 623-5109**
**paul.marr@marrlegal.com**
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **ALCOVY TRUCKING, LLC,** | **:** | **Chapter 11** |
| | **:** | |
| **Debtor.** | **:** | **Case No. 24-58210-BEM** |
| _____ | **:** | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PAUL REECE MARR, P.C.* using the Bankruptcy Court's Electronic Case Filing program which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case as follows:

Natalyn M. Archibong on behalf of
Debtor Alcovy Trucking, LLC
nmarchibong@gmail.com

Lanie Bandell on behalf of Creditor R&R
Truck Crane & Equipment, LLC
lbandell@loriumlaw.com,
GeorgiaFilings@loriumlaw.com;jenna-
munsey-6083@ecf.pacerpro.com

Kathleen G. Furr on behalf of Creditor
Northpoint Commercial Finance LLC
kfurr@bakerdonelson.com,
smeadows@bakerdonelson.com;ali.lowe@ba
kerdonelson.com

Andrew D. Gleason on behalf of Creditor
Trans Lease, Inc.
agleason@lrglaw.com

Alan Hinderleider on behalf of U.S. Trustee
United States Trustee
Alan.Hinderleider@usdoj.gov

Charles Hoffecker on behalf of Creditor
BMO Bank, NA
chad@hhpatlanta.com

Gary M. Murphey
murphey@rfslimited.com,
GA73@ECFCBIS.COM

Philip L. Rubin on behalf of Creditor Trans
Lease, Inc.
prubin@lrglaw.com

Kevin A. Stine on behalf of Creditor
Northpoint Commercial Finance LLC
kstine@bakerdonelson.com,
smeadows@bakerdonelson.com;ali.lowe@ba
kerdonelson.com

This the 13th day of November, 2024.


/s/ Paul Reece Marr
Paul Reece Marr
PAUL REECE MARR, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
770-984-2255
paul.marr@marrlegal.com