IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| ALCOVY TRUCKING, LLC, | : | CASE NO. 24-58210-BEM |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | |
| | : | |
| TRANS LEASE, INC., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ALCOVY TRUCKING, LLC, Debtor; | : | |
| and GARY M. MURPHEY, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW TRANS LEASE, INC. (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 11 Plan.  In support of its objection, the Movant shows the Court as follows:

1.

On 08/06/2024, Alcovy Trucking, LLC  ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $582,229.75 secured by a 2024 Peterbilt 567 Truck w/ Tornado F4 Eco-Lite Hydroexcavator Body (the "Collateral").

3.

Debtor's proposed Chapter 13 Plan proposes to pay Respondent's claim at a cramdown in value from $582,229.75 to a secured value of $300,000 and unsecured claim of

$282,229.75, with the secured portion paid at a crammed down interest rate of 10.00% from a contractual rate of 12.85%.

4.

Movant obtained an order granting relief from the automatic stay on February 7, 2025 (Doc No. 83) due to account default. Movant does not wish to participate in the Chapter 11 plan and opposes any plan that limits Movant's rights to pursue recovery and sale of the Collateral under nonbankruptcy law.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This February 27, 2025.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
Attorneys for Movant


By:   /s/Andrew D. Gleason
   Andrew D. Gleason
   Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|                                          |   |                        |
|------------------------------------------|---|------------------------|
| IN RE                                    | : | CHAPTER 11             |
|                                          | : |                        |
| ALCOVY TRUCKING, LLC                     | : | CASE NO. 24-58210-BEM  |
|                                          | : |                        |
| Debtor.                                  | : |                        |
|                                          | : |                        |
| _____         | : |                        |
| TRANS LEASE, INC.,                       | : |                        |
|                                          | : |                        |
| Movant,                                  | : |                        |
|                                          | : |                        |
| v.                                       | : | CONTESTED MATTER       |
|                                          | : |                        |
| ALCOVY TRUCKING, LLC, Debtor;            | : |                        |
| and GARY M. MURPHEY, Trustee,            | : |                        |
|                                          | : |                        |
| Respondents.                             | : |                        |
|                                          | : |                        |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically filed the foregoing OBJECTION TO CONFIRMATION using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Natalyn Mosby Archibong
374 Maynard Terrace SE, Suite 206
Atlanta, GA 30316

Gary M. Murphey
Chapter 11 Trustee
Resurgence Financial Services, LLC
3330 Cumberland Blvd., Suite 500
Atlanta, GA 30339

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

Alcovy Trucking, LLC
395 Paines Crossing Road
Social Circle, GA 30025

      Dated: February 27, 2025.

               The Law Office of
               LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
               Attorneys for Movant

               By:  /s/Andrew D. Gleason
                Andrew D. Gleason
                Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com